AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
**KERRY WAYNE PERSICK**

*Defendant*

)
)
) Case: 1:21-mj-00425
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 5/13/2021
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____KERRY WAYNE PERSICK_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry or Disorderly Conduct ;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/13/2021

Issuing officer's signature: 2021.05.13 18:18:20 -04'00'

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/13/2021, and the person was arrested on *(date)* 05/17/2021
at *(city and state)* Fort Worth, TX.

Date: 05/17/2021

Arresting officer's signature

OLGA LEUNG
*Printed name and title*