UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA
OF WASHINGTON, DC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS.** | § § § | CAUSE NO. 1:21-CR-00485-BAH |
| **KERRY WAYNE PERSICK** | § | |

## NOTICE OF ENTRY OF APPEARANCE

The Defendant, KERRY WAYNE PERSICK, hereby notifies the Court and counsel of this entry of appearance by his counsel in this cause, J. JOSEPH MONGARAS.

Respectfully submitted,

*/s/ J. Joseph Mongaras*
J. JOSEPH MONGARAS
Bar Card No. 24039975
jjm@udashenanton.com
UDASHEN | ANTON
8150 N Central Expressway, Suite M1101
Dallas, Texas 75206
214-468-8100
214-468-8104 (f)

Attorney for Defendant

Notice of Entry of Appearance - Page 1

## **CERTIFICATE OF SERVICE**

A copy of this notice was delivered via ECF to Frances Elizabeth Blake, Assistant United States Attorney, on this 28th day of July 2021.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS