UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-485-BAH |
| | : | |
| **KERRY WAYNE PERSICK,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONTINUE THE OCTOBER 29, 2021 STATUS CONFERENCE FOR 90 DAYS**

The United States of America, through counsel, respectfully requests the Court to grant the Unopposed Motion to Continue the October 29, 2021 Status Conference for 90 days. The Government further requests the Court exclude the period of the continuance from the computation of time under the Speedy Trial Act. In support of this motion, the Government states as follows:

1. On July 30, 2021, the Court held a Status Conference in this case. The parties discussed that discovery had been provided to the Defendant, and that the Government would continue to supplement discovery.

2. The Government has continued to provide discovery.

3. On September 27, 2021, the Government, with the Defendant's consent, filed an unopposed motion to continue the status conference, which the Court granted.

4. On October 6, 2021, undersigned counsel filed a notice of substitution of counsel for the Government. The Government and the Defendant continue to confer regarding the ongoing discovery process and a negotiated settlement of the charges.

5. On October 15, 2021, the Government filed a motion for disclosure seeking authorization to disclose Federal Rule of Criminal Procedure 6(e) and sealed materials, which the Court granted.

6.     On October 21, 2021, the parties conferred and agreed that the Court's Status Conference, which is set for October 29, 2021, should be continued for approximately 90 days so that the Defendant can review the additional discovery and the parties can finalize a plea agreement. The parties also agreed that under the Speedy Trial Act the Court should exclude the time between October 29, 2021 and the next set Status Conference. The parties also request that the Court conduct the next Status Conference via videoconference.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court grant this Motion to Continue the October 29, 2021 Status Conference for 90 Days, and further requests that the Court exclude the period from October 29, 2021 until the next Status Conference in this case from the computation of time under the Speedy Trial Act.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/ Michael G. James
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530