UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-cr-00485-BAH |
| v. | : | |
| | : | |
| **KERRY WAYNE PERSICK,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO SUBSTITUE CORRECTED VERSION OF UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO AND PHOTOGRAPHIC EVIDENCE RE: KERRY WAYNE PERSICK PLEA, DOCKET ENTRY NUMBER 30.**

The United States of America, by and through the United States Attorney for the District of Columbia, with the Defendant's consent, moves the Court for an order substituting Docket Entry Number 30 with a corrected version redacting the closed-circuit camera designations and correcting the file name of a video clip depicting the defendant exiting the Capitol, and in support thereof states:

While preparing the Government's sentencing memorandum, undersigned counsel learned that the file names of the video clips referenced in the Government's response to the Court's April 18, 2022 Minute Order identified the numerical designation of closed-circuit television cameras in the United States Capitol.  The numerical designation of the closed-circuit television cameras is not public information.   The attached substitute corrected version redacts the camera numbers. Exhibit 1 – Corrected United States' Report and Position regarding Public Release of Video and Photographic Evidence. The substitute corrected version also makes a minor correction to the file name in Number 3 of the Government's Response to the Court's Minute Order, Docket Entry Number 30, which depicts the Defendant exiting the Capitol and its related screen captures,

1

Numbers 14-15.  Undersigned counsel has conferred with counsel for the Defendant regarding the premises of the Government's motion.  Defendant consents to the motion.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    /s/ Michael G. James
        MICHAEL G. JAMES
        Assistant United States Attorney
        N.Y. Reg. No. 2481414
        Office of the United States Attorney
        Eastern District of North Carolina
        (on detail to the USAO-DC)
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Mike.James@usdoj.gov