# UDASHEN | ANTON

JJM@UDASHENANTON.COM

8150 N. Central Expressway
SUITE M1101
DALLAS, TX 75206
214.468.8100
FAX 214.468.8104
WWW.UDASHENANTON.COM

July 5, 2022

Honorable Chief Judge Beryl A. Howell
United States District Court, District of Columbia
United States Post Office and Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:     United States of America v. Kerry Persick; Case No. 1:21-cr-00485-BAH

Dear Hon. Chief Judge Howell:

Enclosed, please find several character letters on behalf of Mr. Persick.  Mr. Persick is set for sentencing on July 14, 2022. We respectfully ask that you consider these letters for sentencing.  These are exhibits to the sentencing memorandum filed on June 30, 2022, filed as ECF #41.

Best regards,

J. Joseph Mongaras

Crystal Persick
16 Heritage Ct. S
Trophy Club, TX 76262

May 31, 2022

Re: Kerry Persick

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia
Case#21CR495

Dear Honorable Judge Beryl A. Howell,

My name is Crystal Persick and I am Kerry's wife.  I am writing this letter requesting leniency for my husband's sentencing.  I have known Kerry for over 27 years, and I have been married to him for almost 16 years.  Kerry is a man of good character, and when he has made any mistakes in the past, he has always learned from them and has become a better person from them.  He has been a wonderful husband and has taken great care of me, and he has lived out his wedding vows and commitments he made to me.  He is a hard worker, self-motivated, and great provider to his family.  I have walked through several health issues over the past 10 years, and Kerry has been beyond loving and supportive.  As his wife, I could tell you 100 stories that exemplify his great qualities that I have seen poured out on myself and others. He has a very kind and passionate heart, and people who know him can testify to this.

The same month Kerry was detained, we also found out we would not be able to conceive children naturally after years of trying everything.  As you can imagine, getting that diagnosis and going through these legal issues has been an extremely difficult season for both of us. Our heart is to adopt children, and this situation has put a pause on everything.  We are older, and the more time that we wait to enter the adoption process the more time it takes away from us starting our family.

I have never known Kerry to been interested in politics, so his actions on January 6th were very out of the ordinary for him.  When I was watching the news that day and saw what was happening, I called and finally got ahold of him to make sure he was ok because I had been worried about his safety the entire time he was there.   When I learned that he was inside the Capital, I shared with him what I was seeing on the news and that he should not be in there.  He was unaware of the gravity of the situation, but after talking to me, he worked to find a way out as soon as he had a better understanding of the overall environment.  I know Kerry would never want to hurt or bring harm to anyone.  He is a good man and husband, and I am honored to be his wife.

Over the last year and a half, I have watched Kerry carry a load of shame and brokenness over the events of that day.  He has suffered a great amount of stress and anguish that has affected

him emotionally and physically.  As his wife, I am asking that you please take my letter into considerations when sentencing my husband.

Sincerely,
Crystal Persick

Honorable Chief Judge Beryl A. Howell
US District Court, District of Columbia
    My name is Robin L Litteken. I am
Kerry Persicks mother-in-law. I am a
Cosmetology intructor and a substitute
teacher for the Iowa Park Tx school
district and Wichita Christian Pre School.
    I have known Kerry for over 27 years.
Kerry started dating my daughter in
high school. Kerry was a great athlete and
excelled in basketball. He also carried a
4.0 GPA thoughout high school.
    As a mother I prayed over my children for
their future spouses. I feel the Lord answered
my prayers when my daughter Crystal married
Kerry. Crystal's father passed away when she was 4.
I was a single mother when Kerry and Crystal got
engaged. There was no way I could afford to
pay for my daughter to have the wedding she
always dreamed of since a little girl. Ever since I
have known Kerry he has been a hard worker. He worked
several jobs and was a good steward with his
money and saved up his money to pay for, and
give my daughter her dream wedding. After almost
16 yrs of marriage you can tell he still loves and
cherishes my daughter. Kerry and my daughter haven't
been able to have children just yet. My daughter has

had several health issues and surgeries. During
their struggles, Kerry has never left her side. I
have watched him pray and cry over and with
her each time. He has took such great care of her.
Kerry has stayed so strong for her during all this
knowing he was hurting and struggling inside
himself. Even though they don't have children just yet,
I see where Kerry will make a great father by the
way he takes care of their 15yr old dog. I highly
trust and respect Kerry for the advice he has given
me throughout the years. I have never known Kerry
to be a political person. His actions that day were
very uncharacteristic for the Kerry that we know.
I have seen him be very remorseful through this
whole process. Kerry is a good kind man, and has been
such a wonderful husband + son-in-law.

Sincerely,
Robin Litteken

May 22, 2022

Honorable Chief Judge Beryl A. Howell,

My name is Colby Persick and I am writing to you on behalf of my brother, Kerry Persick.

I know Kerry to be an honorable man, brother, son, and husband. Kerry is my older brother by 7 years and was more like a father figure in the most formative years of my life. He was there for me as a child and teenager when I needed someone looking out for me and his guidance has gotten me to where I am at today. I have been employed by the same company for 15 years and I have been settled and married to my wife for almost 7 years and I don't know that I would be where I am today if it hadn't been for his hand in my life. A lot of siblings grow apart as they age, but Kerry and I have only grown closer. I continue to look to him for guidance in all things.

His love and commitment to making sure his family is taken care of is just the beginning of his compassion for others. When I was 18 and at a crossroads in post high school life, he invited me to join him in working for an insurance adjusting company in New Orleans after Hurricane Katrina. We saw people at their lowest through that and he showed me how to have humility and empathy for those around us in need of a little help.

After that experience with him I have known him to take numerous people into his home and give them a place to stay during a tough time and have seen his passion for helping people who are struggling in their marriages flourish. He and his wife together have offered council to countless couples and given them a safe place to land and work through their troubles

It is my hope that this letter gives you some insight into who Kerry is at his core and that the court takes this into consideration.

Thank you for your time,

Colby Persick

May 23, 2022


Honorable Chief Judge Beryl A. Howell

U.S. District Court

District of Columbia


Your honor,


My name is James Persick and I am writing this letter in reference to my grandson Kerry Persick.

Kerry grew up in a single parent home and lived with his father while growing up and Kerry believed in God.  He was very active in school and was an outstanding basketball player and captain of the team. He was a leader in school and an honor student.  He worked his way through college as a server at Chili's Restaurant, while doing this he continued to be active in church.  He went to work in the private sector and with each job choice he always bettered himself.  He married a wonderful young lady and during this time he continues to work at his job and in the church.  Teaches classes, extremely loving and honest.

To this day his three loves are God, Family and his country.  He is extremely respected in his job and church.  He will continue to be a credit to his community, church and family.   Kerry will continue to be loved by me and the others.  The greatest testimony by myself, he will be always respected.


Sincerely,

James Persick

Vincent A. Escandell, PhD
6016 Navaho Trail
Alexandria, LA 71301

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

As a neuropsychologist, Army and Air Force veteran, Navigator, previous supervisor of psychologists for super maximum security prisons, stepfather, and currently a psychologist for the U.S. Army at Bayne Jones Army Community Hospital at Fort Polk, LA aligned with SOFD Special Operation Forces Detachment, I unconditionally recommend leniency for Kerry Persick.

I have known Kerry for 32 years. I have seen him make errors and have many successes. I have also seen him learn from each of his ventures. He has matured to be a successful member of his community engaging in ministerial, sporting, and social organizations.

I have seen him become a productive member of this family, his workplace, and the community of analysts in his field. He has been promoted and aligned with people from every walk of life and the social groups from the organizations he belongs (church, men's ministry, advancing his employment, standing in his family). I have come to trust and care for him as one of the best young men and a favored son.

I believe in him and his ability to learn, mature, and assimilate his behavior to produce more effective and honored positions. I know his remorse and contrition include this event and the circumstances that it has produced.

My petition for mercy and leniency in acknowledgement of the many deeds and faith he has shown to his community and his family as well as his ability to learn/mature in all of his past strivings to participate in his being a loyal and responsible citizen.

Vincent Escandell, PhD

Nickolas & Rebekah Moes
464 Forest Trail
Argyle, TX 76226

June 21, 2022

Re: Kerry Persick

To: The Honorable Chief Judge Beryl A. Howell (U.S. District Court, District of Columbia)

I know you have a difficult job and my letter may not carry much weight or value to yourself or the court, in fact, I'm personally shocked that you and the court would even take the time to read through a letter such as this considering the constant workload you must being dealing with in these pressing times. To that end, I'll be brief.

To tell you a little bit about ourselves, my wife Bekah, who recently went back to work after staying home with our five kids for about a decade took a job as a women's pastor at our church here in Dallas-Fort Worth. I myself started a small business a few years back as a Financial Advisor trying to help the working class get their finances and retirement in order. Our lives are full in many ways with family, work and business, and the many ways we volunteer to help other couples face a crisis in their marriage and families. In fact, this is how we met Kerry and his wife nearly 10 years ago.

We would come to find out that our greatest struggle and pain in both our marriages would be a bonding experience over the years as our friendship has grown. We have volunteered and served alongside Kerry and his wife as they continually give back to those families facing some of the most difficult experiences in their life. We both have grown to love and respect Kerry for not giving up on his family when the easy road would have been to walk away. I believe this speaks highly of his character to do the right thing and persevere regardless of what he is facing, even when faced with his own mistakes. We saw Kerry take ownership and responsibility for his shortcomings and grow into an amazing man that doesn't shy away from difficult things, but takes them head on. Since we've known Kerry, he has focused on being honest and transparent in ways most could never imagine, and I respect that deeply.

I know that you have a job to do, and part of that job is issuing sentencing on behalf of Kerry Persick. I also know that if I were defined by my worst moment, I would not be married, and my amazing kid's would not be born. No person want's their life defined by their worst moments, and while many hide from those moments, Kerry has been and is willing to face his worst moments head on. I just ask that you would not define Kerry by his worst moment, but perhaps offer some level of leniency recognizing that we are a sum of all the moments in our life and that a person's character and the things that Kerry has done right should be taken into consideration as well.

Thank you for your time.

Sincerely,

Nickolas Moes                                    Rebekah Moes

Kevin M. Shipman

500 Ranch Country Court

Burleson TX 76028


June 22, 2022


Re: Kerry Persick


To: Honorable Chief Judge Beryl A. Howell

   U.S. District Court, District of Columbia


My name is Kevin Shipman, I currently reside in Burleson, Texas with my wife and 3 children. I am the Chief Lending Officer for a lending company. I have known Kerry Persick for 22 years. He was my next-door neighbor in the first apartment I lived in after moving out of my parents' home.  We have been friends since that day. He welcomed me to a new city, introduced me to his friends and made me feel at home. Since that time, we have spent countless hours together at different family events and were groomsmen in each other's weddings.


Kerry has been there for me in some of the most difficult times of my life. Upon my fathers unexpected passing 1 year ago, he was right by my side. No matter how long it has been since we may have spoken, he is never more than a phone call away.  I know if I need something I can rely on him. He and his wife have spent many hours working with their church and have helped minister to other couples having marriage struggles. They have set a great example for others to follow and helping others in a time of need is near and dear to their heart. They are a true example of putting others first.


In closing I can say with 100% certainty Kerry is one of the best men I know, he is always there when you need him and will give you the shirt off his back. I am proud to call him my friend and respect him very much.


Sincerely,

Kevin Shipman

To: Honorable Chief Judge Beryl A. Howell

U.S. District Court, District of Columbia

My name is Cheryl Staley and I am a real estate agent with Compass in the Dallas/Fort Worth area of Texas specializing in luxury properties ($1M-$9M) in north Tarrant county. I have been working as an agent for the past 10 years and live in Trophy Club with my husband of 12 years & our 2 elementary aged daughters.

I have known Kerry Persick & his wife since 2013 when we met them through the church we both attend in Southlake. We were fortunate to serve alongside them in a marriage & family ministry. Kerry & his wife were instrumental in the formation & continued development of a ministry that specifically serves marriages in crisis. This ministry provides counseling, resource provision & group programs to aid couples struggling with issues in their marriage that require immediate attention and uses staff employed by the church alongside trained volunteers. While it is his wife that holds a position with the church, the most effective response provided through this ministry is done so as a couple due to the nature of the dynamic of working with both husbands & wives together, not individuals. Therefore, Kerry is consistently present & provides substantial support to not only couples directly but also to the employed staff of the church.

Our involvement with this ministry is unique in that we were on the receiving end prior to being on the serving end of the program which provides us with a first hand account of Kerry & his wife's powerful impact on us. Kerry plays a direct role in supporting participating couples and is heavily involved in the additional programs the church provides as ongoing support resources. We moved into serving as volunteers under his wife & Kerry leading couples through this program and have grown to be good friends with them and the team of people that served together. Kerry's firm foundation in his faith & relationship with God is evident in his service to others. He is caring and compassionate to the point of sacrifice for struggling couples & families. Ministering directly to hurting couples in the midst of relational trauma & crisis requires an extreme degree of empathy while being able to provide a calm demeanor & response within high tension or emotion filled settings. Kerry has an ability to respond in a way that puts others at ease & can interject humor with a lightheartedness that is reassuring and loving without diminishing the seriousness of the situations he is in. I learned a lot about how to meet participants where they were through Kerry's example & leadership. He sacrifices his time & skills to effectively show the love of Christ to others and provide healing help to hurting families.

In summary what I admire most about Kerry is his integrity. His faith in God leads him to live his life with a level of integrity that can be seen in his personal life, his professional life and his spiritual life through his service to others by being the first to step in to extend help, opening his home, showing up when called on and being a leader in difficult circumstances. But what I enjoy most about Kerry is his sense of humor, he is funny in a way that only he can deliver. He has a dry sense of humor that can crack up the room & makes you want to sit close enough as not to miss any of his one liners!

My name is Chris Staley, and I am a traffic crash reconstructionist working for Crash Analysis Consulting based in Southlake, TX. Our firm investigates traffic/vehicular crashes in order to provide detailed data that reconstructs an accident with conclusion opinions, trial evidence and potentially serving as expert witnesses for client cases.

As my wife previously stated, we have known Kerry and his wife since 2013. In addition to serving alongside Kerry in the marriage ministry at our church, Kerry was also a facilitator of a men's small group I participated in. The purpose of the group was aimed at providing healing and freedom from physical, mental, and/or emotional abuse one had endured in their life by helping identify the abuse and bringing it out into the open where it could be dealt with in a safe environment. Kerry was instrumental in helping not only myself, but the other men in the group identify and confront abuses suffered at some point during our lives. As a lot of men do, many of these abuses had been suppressed, stuffed down, and unaddressed. In his softspoken way, Kerry was able to help draw those past abuses out and provide healing for the men in the group. Kerry's unassuming personality and demeanor make him easy to identify with. He has a gifting and passion for helping men who are hurting and suffering. His love for the Lord, ability to not judge others and compassion for others is infectious. Kerry walks out what it is to be a godly man and is an excellent role model for men on how to live a godly life.

**Cheryl Staley**

Sales Agent

550 Reserve Street

Southlake TX 76092

m: 817.939.7131

StaleyWatsonGroup. om

Toni Bevering
4000 Kingsbury Dr.
Wichita Falls, TX 76309
May 24, 2022

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

Dear Honorable Chief Judge Beryl A. Howell:

The purpose of this letter is to provide a character reference for Mr. Kerry W. Persick.

My name is Toni Bevering and I live in Wichita Falls, TX. I am 61 years of age and I graduated from Midwestern State University with a B.A in Business Administration. I am employed by the YMCA of Wichita Falls and I work in the accounting department. I am active in my church and volunteer to feed the homeless on the streets.

I have known Kerry since 1994. I met Kerry when he started dating my niece, Crystal in High School and they married in 2006. I could not ask for a better husband for my niece.

When Crystal's grandfather was dying, he asked Kerry to take care of her, (because her father died when she was 4 years old) and Kerry told him he would. Kerry kept his word and married Crystal. Kerry paid for the entire wedding because Crystal's mother could not afford to because she was a single mother. It was a big, beautiful wedding because Kerry wanted Crystal to have the best! I do not know of any other 26-year-old that would take on such a big financial responsibility to make someone else happy.

Kerry is a man that learns from making a bad decision, for example, Kerry and Crystal almost divorced in 2011. Crystal's mother went and talked to him, and he decided to do the right thing and make his marriage work, so he and Crystal went through numerous hours of extensive marriage counseling. Since then, he volunteers weekly at his church to help other marriages in crisis.

Kerry has also been very good to me. I am divorced and am on a strict budget. Kerry gave me money to spend while on a vacation, because he wanted me to enjoy myself and not worry about money.

Kerry is a compassionate man with impeccable integrity, who is very loving and loyal to his family and friends. He also has a great, dry sense of humor and I enjoy being around him. I am totally blessed to have Kerry as my nephew, and I love him dearly.

Thank you in advance for taking the time to read this letter and keeping it in consideration when sentencing Kerry.

Honorable Chief Judge Beryl A. Howell
May 24, 2022
Page 2

Yours sincerely,

Toni Bevering

Michael W. Wagoner, D.O. Family Medicine

1109 Azure Lane

Celina TX 75009

May 23, 2022

Honorable Chief Judge Beryl A. Howell

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

Dear Chief Judge Howell,

I am writing this letter to give my strongest and most confident support to the character and values that Kerry Persick embodies. I've known Kerry since Sixth Grade in 1991 when we played on the same soccer team. We remained friends through high school graduation in 1998. I left for the United States Naval Academy, while Kerry stayed in Texas and graduated from a university near our hometown. Our close friendship continued through the decades. I was honored to be a groomsman at Kerry's marriage to Crystal. Because of our friendship, I met Lindsay, who became my wife one year later.

Kerry has been a dear friend and a constant support as I transitioned from the US Navy to medical school, and as I came back home to Texas as a Family Practice physician. While in our formidable years, it was our athletic talent and the fact that we both grew up in single parent homes that was a common factor. However, as we both grew, it was our common values and faith that strengthened our friendship and bonded us like brothers. Kerry and his wife, Crystal, are our dearest friends, deeply involved in the lives of our four young children. Kerry and Crystal have been a presence in each of our family's milestones. Few relationships are as important in our lives as ours with Kerry and Crystal Persick.

I pray that Lindsay and I have shown this same friendship and commitment to Kerry. My letter to you tonight is written out of love for a quiet, unassuming man who I love as if he was my own brother. I have no doubt that Kerry is a man of good character. I, without reservation, give my strongest most fervent support to Kerry Persick and respectfully request that a just and fair sentence be imposed.

Very respectfully,

Michael W. Wagoner, D.O.

Bryce Berryman

5730 Seymour Hwy.

Wichita Falls, TX.

May, 28, 2022

Re: Kerry Persick

Honorable Chief Judge Beryl A. Howell

My name is Bryce Berryman and I am Kerry's brother-in-law.

I have known Kerry as a good friend and brother-in-law for over 25 years. Kerry came into my life at the perfect time. I was raised in a home with a single mom and 2 sisters. With that being said, I was very protective over my family. When Kerry started dating my oldest sister, I saw how respectful and kind he was not only to my sister, but our family. I looked up to him as an older brother and was thankful he stepped up and was a positive male figure in my life.

Kerry has always been known as a man with good moral character. He's one of the most dedicated, hardworking and innovative people I've had the pleasure of being around. He is also compassionate, kind and never misses the opportunity to help others. My wife and I were fortunate enough to take a course he taught over marriage counseling.  He helped me understand what it takes to be a good husband and leader of our family.

Kerry has been incredibly remorseful, and I hope you take this into consideration at the time of sentencing. Despite the current case, I still believe Kerry to be honorable, a valuable member of the community, and a good human being.

Sincerely,

Bryce Berryman

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia


I have had the distinct honor and privilege to call Kerry Persick my friend for over
20 years.  We first met in college but would have to say it was after college when I
really got to know Kerry.  Luckily, he married one of my best friends, so in turn, I
also gained a friend.

Kerry is thoughtful, a true caretaker of others, especially to his beautiful wife.  He
gives back to his community, both seen and unseen.  Kerry is incredibly smart,
always reading, teaching himself new things, whether it is to be applied to his
daily job, his spiritual growth or how to be a better gardener…I could only wish to
have green thumb like Kerry.

Kerry is loyal to his family and friends.  Holds strong to his convictions & faith in
God while remaining humble and open to other schools of thought & discussion.
His love of God & Country come from the desire to want what is best for our
Nation.  A Nation who honors its history of cultural and political views while
maintaining a stable economy, allowing our nation & its people to flourish.


Thank you for your time, and for allowing me to share a little about Kerry, who he
is and what he means to his family & friends.

Sincerely,
Rebecca L Lyne

Honorable Chief Judge Beryl A. Howell

U.S. District Court, District of Columbia

Dear Honorable Judge Howell,

My name is Clark Snodgrass out of Lubbock, Tx.  I am a Texas Tech graduate and have lived in Lubbock for almost 12 years now.  I have the fortunate position of working as an insurance agent for Globe Life Family Heritage here in Texas and have been with the company for almost 3 years.

I have known Kerry Persick since we were freshmen in high school circa 1994.  He and I played basketball together in school and on summer travel teams. We also attended Midwestern State together for 2 years before I transferred to Texas Tech.  I also had the privilege of serving as a groomsman in his wedding, as I've known his wife since we were in the 3rd grade.  It has been a pleasure to watch him mature from adolescence into adulthood, seeing him thrive in his profession and his relationships.

What I know of Kerry is he is a compassionate, thoughtful, and selfless individual.  He is always someone who has sought knowledge and self-improvement.  After experiencing a difficult time in his own marriage, he and his wife used that time to learn, grow, and in turn help other young couples who were experiencing similar situations.  I have a soft spot for his wife as she is one of the more positive, joyful people one could be around.  In simple terms people are uplifted and better having been around Kerry because I know it holds true for myself.

Thank you for your time,

Clark Snodgrass

Honorable Chief Judge Beryl A. Howell
US District Court, District of Columbia

Dear Judge Howell,

My name is Jeff Jones and I reside in Southlake, Texas. I am writing to you today in support of leniency for Kerry Persick. I am a husband to my wife of 36 years, a father and recent grandfather. I think of myself as a good citizen who volunteers at my Church in Southlake and Grace Ministries in Grapevine, Texas. My wife and I have served at our Church for over 10 years in marriage ministries and taught many marriage related classes.

I met Kerry Persick in 2012 at church and we have developed a very deep and rewarding friendship. I know him to be a caring and generous person who always has time for others. We have served together (along with our wives) in

Marriage Ministries for many years. I know for a fact that through these efforts multiple marriages have been saved. I have seen first hand how much he cares about others. Kerry and his wife are trying to start a family and I know the two of them will be amazing parents. Kerry and I share a love for God and our marriages that goes well beyond our volunteer work. We are close friends who enjoy each others company.

He and his wife have recently been there to support us as we experienced a time of hardship and went out of their way to welcome us into their home. I know I can always count on Kerry to help. Kerry Persick is a good man, a good husband a good son and a selfless servant leader. Today I am asking for leniency from you on his behalf.

Regards,

Jeff Jones

jeffjonestx1@gmail.com

817-229-2171

June 12, 2022

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

Judge,

I want to first and foremost thank you for reading this letter concerning my friend Kerry Persick.  My name is Dutch Barrett. I am a firefighter and small business owner in the Indianapolis area.  I have been a career firefighter since 2005 and owned a small business almost as long.

I met Kerry back in 2002.  We met through my now wife and his wife which have been the best of friends since the mid 90's. We became good friends shortly after meeting and I still consider Kerry and his wife dear friends today.

I realize the situation that is upon you as a judge and wanted to tell you about the person that I know and have known for 20 years.  Kerry is a very thoughtful and caring person.  I experienced this the moment I met him.  I was new to the friend group that him and our wives had established in high school and college.  He made me feel very comfortable, made sure that I met all the other friends and welcomed me into the circle.  I've seen a caring man when it comes to his wife. Kerry and his wife have not had the easiest marriage but have worked through some very tough times together.  They now lead classes in the church, to help couples cope with different issues that they are working through.   He is giving back because his faith is strong and he knows that one of his purposes in life is to help people going through marital issues.

Kerry is a very dedicated person.  Ever since I have known Kerry he has been dedicated to his faith, schooling, work, family, and friends.  From the moment I met Kerry, I knew that he was a man of faith. He was always studying to gain deeper knowledge of his religion so he could help others to understand questions they might have.  He has always worked hard on schooling to become a very accomplished person in his industry.  I have always known Kerry to want to make an impact in his occupation.  Not just punching a clock, but actually wanting to get better and be a great employee. The person I know is always helping family and friends with whatever the need is.  He came to visit us for my wife's surprise birthday party and ended up basically setting everything up and then taking it back down.  He has done that with family also.  He puts others needs above his own.

Kerry has always been the calm one of the group.  If tensions ran high in any situation Kerry has a very calming presence and always seemed to bring people down to calm state to talk things out and come to a good peaceful state

Bottom line is that Kerry Persick is a great person.  In my occupation is see the bad of society (as I know you do too), Kerry is not a bad person.  Just know that he does good for his community and is valued in his personal, church and work life.  Please take this into consideration when you think of my friend Kerry.  I look forward to the time I get to spend with Kerry and his wife.  He is smart, witty, funny, and caring.  He is NOT a violent or mean person.  Kerry belongs helping the people of his community. Thank you again for taking the time to read this and consider what Kerry means to people.


Dutch Barrett

Honorable Chief Judge Beryl A. Howell                    05/27/2022

U.S. District Court, District of Columbia


Judge Howell,


It is with pleasure that I can write a few words about Kerry Persick.


I am a registered architect in Texas where I have been licensed to practice for 38 years. I've always enjoyed participating in my state organizations and still hold a couple of offices in my city's downtown organizations.


I have known Kerry for over 20 years, attended his graduation from North Texas University, and had the first dance with his bride at their wedding. Kerry played basketball for Rider Raiders in Wichita Falls, and went on to graduate with Honors from NTU. We have spent many weekends together watching sports, attending promise keepers, and traveling to New York and New Orleans. We also worked together as insurance adjusters in New Orleans after Hurricane Katrina. Kerry is very involved in the marriage ministries at his church, which my wife and I enjoy attending for the various functions and activities that he helps put on. I have been around Kerry in almost every kind of situation and we have had countless great experiences together.


Thank you, for the opportunity.

Sincerely,

Sydney C. Litteken, A.I.A.

To Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

My name is Laurie Leggett.  My husband and I pastor a church in Wichita Falls, Texas.  I am writing this letter on behalf of Kerry Persick.  I met Kerry over 10 years ago through his wife who served in our church and became a very close friend of mine.  Kerry attended our church and he was always helpful and willing to serve where needed.  I saw a side of Kerry that showed humbleness to others and a great love for his wife.

I have stayed in Kerry's home several times and he has always treated me with the utmost respect. Kerry is a wonderful man who loves his wife, his family, his friends and his church.  I would ask you to take all these things into consideration when thinking of Kerry Persick.

Laurie Leggett

To Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

My name is John Leggett and I am the lead pastor of Compassion church in Wichita Falls, Texas and I am writing this letter on behalf Kerry Persick. I have had the privilege and honor of knowing Kerry for over ten (10) years. I got to know Kerry when he and his wife would attend our church through his wife's family. I would come to know Kerry better when his wife, would become our Youth Director. He has always been willing to serve or help in any area or any time that he was asked or needed.

In all the years that I have know Kerry and with all my personal interactions and conversations, he has always been nothing but respectful and kind to me and those that I have seen him encounter. I have never seen him upset or say an unkind word to a soul. There are only hand full of individuals that I have met in my life that express a true sense of humbleness that I have seen exhibited in Kerry Persick. Kerry is also a very bright and intelligent young man that has a great sense of humor that will make those around him laugh often.

Your Honor, I know that you have a heavy responsibility and I can not for one moment begin to understand or fathom the burden that lays before you with your decision. I would but ask that you find it in your heart to show as much leniency as you can and are willing too for Mr. Persick, that this moment in his life would not destroy the potential that could lay in his future if just given the chance.

John Leggett

Honorable Chief Judge Beryl A. Howell:

My name is Douglas Hawk, I am a Pastor at a local church in the Dallas metroplex. My wife and I just celebrated our 20th wedding anniversary, which is a huge celebration that would never have happened if it were not for the ministry we received when our marriage was in crisis. I now pastor and minister to hurting couples in the same ministry my wife and I received so much help and healing. This is where I met Kerry Persick more than 8 years ago.

I am writing this letter on behalf of Kerry Persick to inform you about who he is as a person. I have known Kerry now for around 8 years and in that time have had the pleasure of getting to know who him, and I have had a front row seat to so many moments Kerry gave of his time selflessly, outside of his own full time job, in order to encourage and assist hurting couples while they were going through counseling and a healing process for their marriage.

Kerry Persick has spent countless hours volunteering for multiple ministries that serve his community, and has brought support to so many families in our community. It is hard to measure the value of a person like Kerry Persick because without him so many families would have lacked the support they needed when they felt their marriage was not going to survive.

I personally know of families Kerry still assists in times of need, including an elderly gentleman who lives near them and often needs assistance with groceries and other simple tasks.

Finally, I simply want to express that Kerry Persick is one of the best humans I know. In a world so full of selfishness and pain, by far, Kerry is one that brings help, healing, and support when he sees a need. He is a great husband, a great friend, a good neighbor, and pours life into the community around him.

Sincerely,
Pastor Douglas Hawk

To the Honorable Chief Judge Beryl A. Howell,

U.S. District Court, District of Columbia,

My name is Kenny Copeland.   I have been in the grocery business for 45 plus years, most with the Albertson, United, and Market Street family.   I currently manage around 300 team members today at Market Street in Odessa, Texas. Even though I sell groceries I'm really in the people business with around 20,000 customers a week that I service.

I deal with people from all walks of life and being on the front lines of the business I have learned to love people the way they are even with their flaws. Gosh knows I have my own.

I'm writing you this letter on behalf of Kerry Persick.   I've known this young man for over 20 years, he is married to my niece for over 15 years.

In my dealings with Kerry through the years I found him to be a good listener and conversation partner.   He would ask questions about life in general and I always come away believing I was a mentor to Kerry in some way.   Today in his own way, he mentors others.   I trust the advice he shares with my son.

Kerry has always shown great support to our family during a crisis or death. He has been there to offer support in any way that brings comfort to others. He is not a selfish person and places others more valuable than himself. Humility is one of Kerry's better strengths that stand out the most with me.   I have witnessed him show respect to others, especially those who are older.   He has shown me he is a person of good character and walks with integrity.   I believe there is a destiny for Kerry and it is for the good.

Thank you for taking the time to read this letter.

Respectfully,

Kenny Copeland

May 22, 2022

Honorable Chief Judge Beryl A. Howell

U.S. District Court

District of Columbia

Your honor,

My name is Tammi Griffin.  I have been married for 38 years and I have a Registered Childcare that I have owned for 32 years.

I am writing this letter in reference to my nephew Kerry Persick, for which I have known all his life.

Kerry is very trustworthy person who loves his church, family and work.  I have had the opportunity to watch him grow into the man he is today.  He has shown to have a generous, kind and devoted character towards others.  Kerry has a great sense of duty that has always been shown to the other members of the community, his family and his church.  He truly loves his family I can vouch for that.

Sincerely,

Tammi Griffin

To Whom it May Concern:

My name is Elizabeth Jones and am a friend of Kerry Persick. I work counseling people who deal with trauma and crisis. I have trained staff and volunteers who are relied upon to assist in helping people in their recovery process. Kerry has been a committed member of this volunteer team since 2015.

During his time as part of this team, Kerry has served countless hours investing in people in trauma recovery by leading process groups, teaching classes, mentoring, etc...He has been an invaluable part of this team and tirelessly gives of himself to support and care for people who are hurting and broken. He is respected and known for his wisdom, which brings a level of safety and trust to people in the healing process.

Personally, I have experienced Kerry to be reliable, trustworthy, and loyal. One illustration I have of these traits is the following:

While out of town during the 2021 Texas ice storm, our home experienced widespread water damage from burst water pipes. In our absence, we reached out to Kerry. Without hesitation, he immediately took to driving the icy streets to arrive at our home. Kerry spent 2 days, first getting the water turned off, and then began the tedious water removal process along with salvaging as many of our personal items as possible, He initiated contacting and connecting us with professional water remediators. Due to his early efforts, ongoing water damage lessened and we avoided being on long waiting lists with professionals to begin the drying process.

Kerry has a generous heart for others in need. He and his wife were involved with serving the homeless community in their hometown. He took a personal interest in helping with a few getting showered and fed and made regular visits to homeless areas to help with immediate care needs. His non-judgmental nature made the homeless he met feel seen and cared about. Kerry has recently taken special interest in an elderly couple experiencing health issues and financial hardship. He has regularly assisted them with bags of groceries and anonymous gift cards and cash. The husband's Alzheimer's has made it difficult for his wife to leave him alone for long periods of time. Kerry has extended invitations to have this man over on several occasions for BBQ's and "man time". This act of kindness gives the wife a much-needed break and a source of companionship to the husband who rarely leaves his home. Kerry is

compassionate and eager to help those less fortunate than himself. This is his character and a natural part of who he is as a person.

I believe the true measure of a man begins in his home, and Kerry stands head and shoulders above the majority in this arena. I admire the way Kerry prioritizes and loves his wife. They have a marriage that reflects mutual respect and kindness. People are drawn to them because of the integrity they have not just individuals, but as a couple as well.

The prementioned are only a few stories that I believe give a glimpse into the man Kerry Persick is on a day-to-day basis. I do not take lightly the endorsement of Kerry's character that has been expressed in this letter. I am humbled and honored to share what I know to be true about the man of virtue I believe Kerry to be.

Regards,

Elizabeth Jones

**Liz Jones**

*Lead Care Pastor (SLK)*

817.552.3600

Dr. John J. Page
6443 Rochester Way
Tyler, Texas 75703

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

Dear Madam,

Thank you for the opportunity to write in support of Mr. Kerry Persick.

My name is John Page and I am a family physician. I live in the small community of Tyler, Texas where I care for my family and the patients who depend on me.

Kerry Persick is my wife's cousin. When I joined my wife's family, he became as my cousin and I consider him to be a dear friend. I have known Kerry for four years. He has hosted me in his home and at his table many times and I have hosted he at mine. I can speak to you with authority about the moral condition of Kerry, and I hope you will take into consideration this brief letter when you have to make your decision.

Kerry is a great person and an excellent friend. At all times, since I met him, he has shown to have a generous, kind, and devoted character towards others. He is a person with integrity and makes great effort to be certain that he acts correctly at all times. I believe Kerry is a person who has a great sense of duty that has always been shown to me and to the other members of our family. I know Kerry is a man of God and has devoted much of his time to his church. He has at times provided great counsel to me.

My faith is that you will look at this letter and feel the support that the family and friends of Kerry are trying to provide you.

Cordially,

John Page

Cindy Escandell, MA, PsyD, LPC
6016 Navaho Trail
Alexandria, LA 71301
cindy@escandell.com
318.451.1110

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia

I am writing on behalf of Kerry Persick. I have had the privilege of knowing Kerry his entire life. Although he was physically advanced and intellectually gifted, he has always had a soft spot for and was a champion for any perceived underdog. When living with me he grew up in a disciplined home filled with love and respect. I have known Kerry since before his birth. I am his mother.

He was not content with a bachelor's degree. In order to be a more knowledgeable and productive employee, and to better provide for his wife, Kerry achieved an MBA while working full time.

Since his early years, Kerry has been a leader. Today he continues to be a leader in the family and is active in his church.

I have watched him grow and mature into the highly-respected man he is today. When he has a victory, he shares it. When he makes a mistake, he admits it. He is remorseful for this out-of-character event and has publicly stated same to his family.

I am kindly asking you consider leniency in his judgment. While no one can predict the future, I have every confidence that this one-time incident is an outlying event never to be repeated.

Respectfully,

Cindy Escandell

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Colombia

Dear Chief Judge Howell,

Firstly, thank you for taking the time to read and consider my letter prior to sentencing Kerry Persick. I understand you need to assess my value as a character witness in order to determine what weight to give my opinion. I was licensed to practice law in Texas in 2004 after graduating from Southern Methodist University, Dedman School of Law. Since that time, I left the practice of law to attend seminary, obtaining a Masters of Divinity in 2019, graduating as valedictorian and Chancellor's Award recipient. My husband, William, and I own a business in Southlake, Texas.

I originally met Kerry in 2014; since then, I have spent time with Kerry and his wife in one another's homes, at events in the community, and at church. I have enjoyed the opportunity to watch Kerry interact with others. In some of these interactions, Kerry was mentoring other men, helping them develop empathy for their spouses to strengthen marriages. I have also seen Kerry diffuse situations when emotions are tense and people are at their tipping points. Even in these personally stressful situations, Kerry never loses control of his emotions or behaves in anything other than his typical, genteel manner—always helping, but his words and his example, to calm others in high-stress times to manage very difficult emotions. Other times, I observed Kerry interacting with contemporaries and friends, always helpful, encouraging, and inclusive of others.

Over the years I have known Kerry, his wife has endured health challenges. During these times, Kerry has not only loved her in his deeds but in his actions, as well. Kerry has, of course, provided financial security through his consistent employment, but he has also been a support for her in countless other ways. He consistently encourages her and has provided emotional support for her—bearing as much of her burden as possible.

If you knew Kerry personally, you would have similar stories. I have never heard of nor seen Kerry behave contrary to the characteristics I have described in this letter. He is a patient, accommodating, considerate, encouraging member of his community, church, and family. I am blessed to call him a friend.

Best regards,

Shannon Miller

To Honorable Chief Beryl A Howell
U.S. District Court , District of Columbia

My name is Kim Cooley, and I am a Caregiver. Mr. Kerry Persick is my neighbor. I met Kerry Persick and his wife while attending a Marriage Strengthening course in 2016. Kerry volunteered with his wife during the course. A year later my husband and I moved to a townhouse in Trophy Club TX. We later discovered Kerry and his wife were our next door neighbors.

As a neighbor and a friend I have seen Kerry almost everyday for the past 5 years. I have been privileged to house sit and care for their dog. I would like to share something that Kerry did for us above and beyond expectations. I had to travel out of town and my husband would not be able to travel with me. I asked Kerry and his wife if they would check on him in the evenings. They said yes. Well they not only checked on him. Kerry bought him dinner over and invited my husband into his home and cooked steaks on the grill himself for them. I was sent pictures and text messages to let me know all was well. Kerry embodies the slogan of State Farm Insurance (Like a good neighbor) he is always there if you need him.
I do hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I believe Kerry Persick to be a compassionate, kind and caring individual.


Sincerely

Mrs. Kim Cooley

Lori Page

125 Lone Wolf Trial

Wichita Falls, Texas


Honorable Chief Judge Beryl A. Howell

U.S. District Court, District of Columbia


Dear Honorable Judge Berry A. Howell:

My name is Lori Page and I am proud and honored to write this character reference for Kerry Persick to whom I have personally known for the past 28 years. I am a Registered Nurse for the State of Texas and I have worked in the Nursing field for over 39 years. I have worked in a variety of nursing fields, such as Long term care, Mental Health, Home Health, and I am currently an adjunct instructor for LVN's for Vernon College, and work part time for the North Texas State Hospital in a contract position. I have been a long time supporter of community events and fundraisers such a American Cancer Society, Alzheimer's Association, American Heart Association, Children's Miracle network, etc to mention a few. I also serve in the Nursey at my Church which is known as Compassion church in Wichita Falls, Texas.

I have known Kerry Persick since 1994 when he came into my niece's life in high school. He went to Rider High School and played varsity Basketball in which he was a very valued Team player. I remember the way he would come to all our family gatherings and he was the most hospitable, polite, and helpful young men. He would help the older relatives and play with all the younger kids. Kerry then went on to college to get a Bachelor's degree and later to achieve his Masters degree. Kerry has been a very dedicated, goal driven, and a hard worker all his life. He has been a compassionate, God Fearing, Honest, supportive, considerate, and the most Loving man for as long as I have known him. My niece and Kerry married the year of 2006 and my niece has had numerous Health issues in which Kerry has been right by her side taking care of her the entire time. He loves the Lord and is currently serving in a marriage counselor role with his wife, helping couples with their relationship issues.

It is with sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case I believe Kerry Persick to be a honorable, outstanding, member of society who means no malice intention or desire to do evil or cause ill will toward anybody or anything.


Sincerely,


Lori Page

To the Honorable Chief Judge Beryl A. Howell:

My name is BreeAnne Ayres. I am the Sister-in-law to Kerry Persick.
I have known Kerry since I was 15 years old and I am now 36. I have been married for 17 years this year. We have 3 children ages 16, 9 and 7. I am a substitute teacher for WFISD. I have never known Kerry to be very political. I more so feel the act was out of his character. He has always been respectful, helpful and trustworthy. He is more like an older brother to me. My mom was a single mother while we were growing up raising three of us on her own. Kerry was always willing to help out whether it was fixing things around the house or with taking us to practices and activities for my mom. He also played basketball at Rider High School in Wichita falls where we would excitedly go watch and cheer him on. My brother and I were his biggest fans! He was not only a great basketball player, but peer and friend to us. We truly looked up to him and still do. I truly feel Kerry is very remorseful, I hope you take all this in consideration when sentencing. I can confirm he is an upstanding community leader. I hope he gets a second chance to prove that this was an unusual occurrence.


Sincerely,

BreeAnne Ayres

I am writing this letter about Mr. Persick's legal difficulties and his pending sentence by Chief Judge Howell in the United States District Court, District of Columba. In regard to that matter, I would like to address the court.

My wife, Jessica and I have been married for 24 years and we have 2 adult children. I have been employed with my company for 22 years and I am currently a Vice President in a large public company.

We met The Persick family approximately 11 years ago while we were in a couple's group at our church. When we first met, he was open and honest with me about what was going on in his life and that helped me connect with him. I have spent a lot of time with Kerry and can attest for the type of man, friend and husband he is. He has served others at church for the 11 years that I have known him, and he is always respectful and kind. He loves his family very much and values others. I know that if I called and needed something that Kerry would help me to the best of his ability.

Thank you for considering my opinions and feelings about Kerry.

Glenn Harry

glenrharry@gmail.com

Shannon D. Hill
1627 Hursh Ave.
Wichita Falls, TX 76302

Honorable Chief Judge Beryl A. Howell
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Chief Judge Howell,

I am a retired Wichita Falls ISD school teacher, counselor, and administrator. I ask that you consider my request for leniency as you determine sentencing for Kerry Persick, a young man I have known for more than thirty years.

On the afternoon of January 6, 2021, I was returning to Wichita Falls after visiting family in the Dallas area. I listened in horror on my car radio to the live coverage of the insurrection that was occurring on the grounds and within the halls of our beautiful United States Capitol building. I hoped that the chaos I was hearing might be better understood, might seem less horrible, if someone could tell me what it looked like. I called my daughter as I drove, and what she described only confirmed to me that this shameful event was even worse for those who could see what was happening. I remember saying, "Cory, this is bad. This is really bad." She said, "I know Mom. I can't believe it."

I was shocked and angry when I learned that Kerry had been present at the Capitol on January 6, 2021. In the months following I worried about how I would react when I saw him again. But when that day came I found myself embracing Kerry in a parking lot and telling him how happy I was to see him. He was quiet and reserved as he always is, but on this day he looked tired and worn. Kerry and I did not speak of his legal troubles, but Kerry knows what I think about his involvement in the insurrection on January 6, 2021.

I know that Kerry Persick is a man of long-standing good character. I ask that you consider leniency for this good man.

With respect,

*Shannon D. Hill*

Shannon D. Hill